United States District Court

Southern District of California

United States of America,

               Plaintiff,

  v.

Alondra Del Rosario Valdivia Salas,

               Defendant.

Case No. 25-cr-03180-AGS

**Judgment and Dismissal Order Granting United States' Motion to Dismiss Indictment Without Prejudice**

The Honorable Andrew G. Schopler

Upon the motion of the United States, and good cause having been shown,

IT IS ORDERED that the Indictment against Defendant in this case is dismissed without prejudice.

IT IS SO ORDERED.

Dated:  3/3/2026

The Honorable Andrew G. Schopler
United States District Judge